# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **MICHAEL WILLIAMS,** | : | |
| **Plaintiff** | : | |
| v. | : | 5:06-CV-27 (WDO) |
| **HALE BURNSIDE, et al.,** | : | |
| **Defendants** | : | |

## ORDER

This matter is before the Court on Plaintiff's motion to reconsider the dismissal of the above referenced case. As thoroughly explained in the Court's previous orders, Plaintiff's claims are frivolous, and to the extent he is seeking an appointment of counsel, his claims are premature. The Amended Motion for Reconsideration is DENIED.

**SO ORDERED this 30th day of May, 2006.**

   **S/
   WILBUR D. OWENS, JR.
   UNITED STATES DISTRICT JUDGE**